**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 2 2 2019

| | | |
|---|---|---|
| CHRISTOPHER ALEXANDER | * | **BY** |
| Plaintiff | | **DEPUTY**_____ |
| V. | * | COMPLAINT |
| PURSE | | Civil Action No. 1:19cv194 |
| PURSE          Correctional Officer | * | |
| T.J. WATSON | | |
| T.J. WATSON    Complex Warden | * | |

### I JURISDICTION AND VENUE

1.  This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of federal law, of rights secured by the constitution of the United States. This court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claim for injunctive relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2.  U.S. District Court Eastern District of Texas is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim accurred.

### II PLAINTIFF

3.  Plaintiff, Christopher Alexander, is and was at all times mentioned herein a prisoner in custody of the Federal Bureau of Prisons. He is currently confined in USP Beaumont, in Beaumont, Texas.

4.  Defendant, T.J. Watson is the complex Warden of the Beaumont complex institution. He is legally responsible for the overall operation of the department and each institution under its juridiction, including USP Beaumont.

1.

5.   Defendant T.J. Watson is the Warden of USP. Beaumont. He
is legally responsible for the operation of USP Beaumont and
for the welfare of all the inmates in that prison.

6.   Defendant Purse          is a Correctional Officer who,
at all times mentioned in this complaint, held the rank of
Correctional Officer and was assigned to U.S.P. Beaumont.

7.   Each defendant is sued individually and in his official
capacity. At all times mentioned in this complaint each defendant
acted under color of federal law.


                          III FACTS

8.   On Thursday May 17th, 2018 while leaving my housing unit,
unit A.B., Officer Pursue looked toward my crotch area and
said "Wow I can See that print on you."I ignored Officer Purse
and proceeded to the lunch room.

     On Sunday May 20th, 2018 while I was coming back from the
lunch room at about 12:25 or 12:30 P.M. Officer Purse stopped
me in between B.A. and A.A. Housing units. (my housing unit
is up stairs above A.A. unit.) Officer Pursue conducted a pat
search on me, and after he was done with the pat search, ordered
me to take my boots off. Note, there was another officer con-
ducting pat searches as well and nobody else was order to take
their boots or shoes off outside. I refused Pursue's order to
take my boots off while outside. Pursue then told me to come
with him and he lead me to the back hallway of A.A. housing
unit. Upon information and belief, where the initial pat search
took place there are cameras all around the outside of the
housing units as well as on the inside of the housing units.
However, there are no cameras in the back hallway of any of
the housing units. The initial pat search should be recorded
as well as Officer Purse leading me inside of A.A. housing unit
and to the back hallway.

     Once we got into the back hallway of A.A. unit Officer
Purse ordered me to strip naked. Once I was totally naked, while

                              2.

asking me to lift up my nuts, Officer Purse reached out, gropped my penis and my scrodum. I jumped back out of his grasp and pro- ceeded to lift my penis and scrodum. Purse then ordered me to trun around, bend over and cough. Once i bent overed and coughed Purse ordered me to do it again and again, approximately 5 to 6 times. Officer Purse went through my clothes and took 2 books of stamps, and then told me to get dressed. There was another officer present with Purse, but while the strip search was going on the other officer had his back towards us. (he was looking in the opposite direction.)

At approximately 2:45 P.M., the same day of the incident. Another officer came to my cell, cell number 323, and told me that Officer Purse wanted to talk to me outside. When I got outside Purse was standing in front of A.A. unit. Purse told me if I drop the B.P.8 that I filed against him, he would give me the stamps back that he confiscated. I told Purse that I wasn't dropping anything and I went back inside my unit.

### IV EXHAUSTION OF LEGAL REMEDIES

10.  Plaintiff Christopher Alexander used the prisoner grie- vance procedure available at U.S.P. Beaumont to try and solve the problem. On 5-20-18 Plaintiff, Christopher Alexander pre- sented the facts relating to this Complaint. I did not receive À reply to the B.P.8 and on 7-17-18 I filed a B.P.9 to the Warden, again I did not get a response. I proceeded with a B.P.10 and they sent it back saying I need the B.P.0 thats suppose to go with it. I sent another B.P.9 to the Warden on 9-10-18, I still did not get a response. I sent the Warden a 3rd B.P.9 on 10-24-18. Once I received his response I sent a B.P.10 to the region, the region sent it back, saying all 4 pages were not legible. I typed the B.P.10 and sent

3.

it back to the region on 12-26-18, the region office sent it
back to me saying my appeal was untimely.

## V LEGAL CLAIMS

11.  Plaintiff reallege and incorporate by reference para-
graphs 1-10

12.  The unreasonable justification for the invasive search,
but for the officers own pleasure violated the plaintiff's
Fourth Amendment right. Grabbing and gropping of the plaintiff's
exposed genitals violated plaintiff's Eighth Amendment right
of the United States Constitution.

13.  The plaintiff has no plain, adequate or complete remedy
at law to redress the wrongs described herein. Plaintiff
has been and will continue to be irreparably injured by the
conduct of the defendants unless this court grants the de-
claratory and injunctive relief which plaintiff seeks.

## VI PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully pray that this court enter
judgment grant plaintiff:

14.  A declaration that the acts and omissions described herein
violated plaintiff's rights under the constitution and laws
of the United States.

15.  A preliminary and permanent injunction ordering defen-
dants, T.J. Watson, Purse          , and all staff members
to not be allowed to strip search inmates in the back hallway
of housing units where there is no visuals on the officers
behavior.

16.  Compensatory damages in the amount of $300,000.00 against
each defendant, jointly and severally.

17.  Punitive damages in the amount of $100,000.00 against each
defendant.

18.  A jury trial on all issues triable by jury.

4.

19.  Plaintiff's cost in this suit.

20.  Any additional relief this court deems just, proper, and equitable.

Date 4-11-19

_____

respectfully submitted

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct. Executed at Beaumont, TX. on Date

_____

Christopher Alexander

5.

EXHIBIT A

```
                    REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 15, 2019


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CHRISTOPHER ALEXANDER, 25906-177
      BEAUMONT USP    UNT: A/B    QTR: A03-323L
      P. O. BOX 26035
      BEAUMONT,  TX 77720


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID     : 954704-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED : JANUARY 28, 2019
SUBJECT 1     : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS       : IF STAFF PROVIDE A MEMO STATING LATE FILING IS NOT
                YOUR FAULT, THEN RESUBMIT AT REGIONAL LEVEL.
                NOTE: ISSUE FORWARDED FOR REVIEW BY THE WARDEN.
```

RECEIVED

FEB 2 6 REC'D

Warden's Office
USP Beaumont, TX

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: _Alexander Christopher_    _25906-177_    _A.B._    _USP Beaumont_
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL**    "For settlement purposes only-F.R.E. 408 Communication"

    The administrative remedy was sent back to me on several different occasions. One reason it was returned was because I did not send the warden's response back with the administrative remedy.

    The reason I did not send the warden's response is because the warden refused to answer the B.P.9. I sent the warden a B.P.9 on three different occasions before I finally got a response. Once I received that response, the prison went on lockdown. (Please look at the dates received.) I did not receive the warden's response on the date that is dated due to the lockdowns, and the days off of my unit team. This rejection notice is dated 1-03-19, but I did not receive it until 1-9-19. Under the circumstances, I ask that this appeal be granted.

    I swear under the penalty of perjury pursuant to 28 U.S.C. Section 1746, that the above statements are true and correct to the best of my knowledge.

_1-13-19_
DATE

_Chr. Alexa_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JAN 28 2019
Administrative Remedy Section
Federal Bureau of Prisons

_____ DATE _____      _____ GENERAL COUNSEL _____

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _954704-A1_

**Part C - RECEIPT**

    CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

_____ DATE _____      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN      PRINTED ON RECYCLED PAPER      BP-231(13)
JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 26, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : CHRISTOPHER ALEXANDER, 25906-177
      BEAUMONT USP    UNT: A/B    QTR: A03-323L
      P. O. BOX 26035
      BEAUMONT,  TX 77720

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 954704-R1       REGIONAL APPEAL
DATE RECEIVED   : DECEMBER 17, 2018
SUBJECT 1       : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY.  REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT.  THIS TIME
                 INCLUDES MAIL TIME.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 3: SEE REMARKS.

REMARKS         : YOUR APPEAL IS  UNTIMELY.  YOU MAY RESUBMIT WITH A
                  STAFF MEMO EXPLAINING WHY THE APPEAL IS UNTIMELY.



RECEIVED
JAN 0 3 REC'D
2019
Warden's Office
USP Beaumont, TX

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Alexander Christopher    25906-177    A.B.    U.S.P Beaumont
　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**    "For Settlement Purposes only- F.R.E. 408 communication"
I've filed a B.P. 8, and 3 B.P. 8's concerning this matter and I have not received A reply from anyone. I am now moving foward with my original complaint. On 5-17-18 Officer Purse made a verbal sexual comment to me in which i just ignored. 3 days later Purse took me to the back hallway of A.A. housing unit, strip searched me, grabbed my genitals with his hand and ordered me to bend over and cough several times. During this time Purse confiscated 2 books of stamps. Being that I reported this incident the same day that it happened, Purse was not suppose to be anywhere near my vicinity according to program statement 3420.11, it clearly states the officer accused of sexual misconduct should be removed from the victim/prisoner. 12 days after the incident Purse worked the same unit that I am housed in. The initial date that I sent this administrative remedy in, I got A response from the 2nd B.P. 9. That Date was 10-29-18

12-5-18
DATE

_____
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

DEC 17 2018

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: 954704-R1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____    _____    _____    _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
USP LVN    DATE    Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

```
CHRISTOPHER ALEXANDER, 25906-177
BEAUMONT USP    UNT: A/B    QTR: A03-323L
P. O. BOX 26035
BEAUMONT,   TX 77720
```

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

Sensitive

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Alexander Christopher    25906-177    AB    USP Beaumont
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** This is the 2nd B.P. 9 that has been filed regarding this matter. The 1st one was turned in on 6-4-18 and it went unanswered as well as the B.P. 8 that I turned in on 5-20-18, the date of the incident. on 7-5-18 I talked to Captain Duck regarding the B.P. 9. He said he would check into it, but he never got back to me. This is a serious matter that has not been taken serious on the part of this administration. My initial complaint goes as follows! Being that Sexual harrassment/assault has been filed on an officer, program statement 3420.11 clearly states that the officer accused is suppose to be removed from the prisoner/victim. on 6-1-18 officer Purse worked AB unit, the same unit that I'm housed in. My complaint has been unanswered and nothing has been done about this very serious Sexual harrassment/assault situation.

9-10-18
DATE

_____
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED

SEP 2 4 2018

Warden's Office
USP Beaumont, TX

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: 954104-F1

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

♻ Printed on Recycled Paper

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

USP LVN

RMXI396.17A
September 12, 2012
Attachment A

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Bureau of Prisons Program Statement No. 1330.16, Administrative Remedy Program, (December 31, 2007), requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts towards informally resolving your grievance.

Inmate Name: _Christopher Alexander_ Reg. No.: _25906-177_ Unit: _AB_

Specific Complaint and Requested Relief: _A I would like to file a_ _Sexual harrassment on officer Purse last week_ _Officer Purse made verbal sexual advances towards_ _me. And I ignored him. To day 5-20-18 Purse_ _Stripped searched me, touched my genitals and commanded_ _me to bend over and cough approximately 5 or 6 times._

See Back
of this pg

Efforts Made By Inmate To Informally Resolve Grievance (be specific): _____

Counselor's Comments: _____

Correctional Counselor's Review / Date          Unit Manager's Review / Date

officer. Purse also confiscated 2 Books of stamps from me and did not give me a confiscation form, I know these are serious accusations, but never the less they are true. I am well aware of the retaliation tactics that goes on in the BOP.

Chris Coleman

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

*Sensitive*

REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Alexander Christopher    25906-177    AB    USP Beaumont
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** This is the 2nd B.P.9 that has been filed regarding this matter. The 1st one was turned in on 6-4-18 and it went unanswered as well is the B.P.8 that I turned in on 5-20-18, the date of the incident. on 7-5-18 I talked to Captain Duck regarding the B.P.9, He said he would check into it, but he never got back to me. This is a serious matter that has not been taken serious on the part of this administration. My initial complaint goes as follows: Being that sexual harrassment/assault has been filed on an officer. Program Statement 5420.11 legally states that the officer accused is suppose to be removed from the prisoner/victim. on 6-1-18 officer Paise worked AB unit, the same unit that I'm housed in. My complaint has been unanswered and nothing has been done about this very serious sexual harrassment/assault situation.

9-10-18
DATE

SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED

SEP 2 4 2018

Warden's Office
USP Beaumont, TX

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE    CASE NUMBER: 954704-F1

                                  CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

USP LVN

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

Sensitive

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Alexander Christopher        25906-177    AB        USP Beaumont
　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** This is the 2nd B.P. 9 that has been filed regarding this matter. The 1st one was turned in on 6-4-18 and it went unanswered as well as the B.P. 8 that I turned in on 5-20-18, the date of the incident, on 2-5-18 I talked to Captain Duck regarding the B.P. 9. He said he would check into it, but he never got back to me. This is a serious matter that has not been taken serious on the part of this administration. My initial complaint goes as follows! Being that sexual harrassment/assault has been filed on an officer program statement 3420.11 clearly states that the officer accused is suppose to be removed from the prisoner/victim. On 6-1-18 officer Purse worked AB unit, the same unit that I'm house in. My complaint has been unanswered and nothing has been done about this very serious sexual harrassment/assault situation.

9-10-18
DATE

_Ch. Alx_
SIGNATURE OF REQUESTER

**Part B– RESPONSE**


DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

U.S. DEPARTMENT OF JUSTICE                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Alexander Christopher    25906-177    A.B.    USP Beaumont
_____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST** "For Settlement Purposes only — F.R.E. 408 communication" This is the 3rd and final B.P. 9 that has been filed regarding this matter, the 1st one was submitted on 6-4-18, the 2nd, on 9-10-18, Neither B.P. 9 was responded to, nor was the initial B.P. 8 responded to. My complaint remains the same. I was stripped searched in the back hallway of M.A. housing unit and was sexually harrassed/assaulted by officer Purse. Purse ordered me to strip naked, once I was naked Purse told me to lift my nuts while reaching out and grabbing my genitals, I jumped back and complied to his order, then Purse told me to bend over and cough. I complied, then he order me to bend over and cough several more times (approximatally 5 or 6 times) before he allowed me to get dressed. This matter is very serious and has not been treated as such. I will proceed foward with my administrative remedy process.

_10-24-18_
DATE                                    _____
                                        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                    _____
DATE                                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                          CASE NUMBER: _____

                                                    CASE NUMBER: _____
**Part C– RECEIPT**
Return to: _____

FEDERAL CORRECTIONAL COMPLEX, BEAUMONT, TEXAS
PART B-RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #954704-F1

This is in response to your Request for Administrative Remedy
received September 24, 2018, in which you allege staff
misconduct.  Specifically, you state on May 20, 2018, staff
sexually assaulted you during a visual search, while assigned at
FCC Beaumont.  For relief, you request the staff member be
reassigned.

Bureau of Prisons staff members are expected to demonstrate
respect, integrity, and correctional excellence.  All
allegations of staff misconduct are taken seriously and
forwarded to appropriate staff for review.

Accordingly, this response to your Request for Administrative
Remedy is for informational purposes only.

If you are not satisfied with this response, you may appeal to
the Regional Director at Bureau of Prisons, South Central
Region, South Central Regional Office, 344 Marine Forces Drive,
Grand Prairie, Texas 75051.  Your appeal must be received in the
South Central Regional Office within 20 days of the date of this
response.

_____          ___10/11/18___
T. J. Watson, Complex Warden              Date

FEDERAL CORRECTIONAL COMPLEX, BEAUMONT, TEXAS
PART B-RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #954704-F1

This is in response to your Request for Administrative Remedy
received September 24, 2018, in which you allege staff
misconduct.  Specifically, you state on May 20, 2018, staff
sexually assaulted you during a visual search, while assigned at
FCC Beaumont.  For relief, you request the staff member be
reassigned.

Bureau of Prisons staff members are expected to demonstrate
respect, integrity, and correctional excellence.  All
allegations of staff misconduct are taken seriously and
forwarded to appropriate staff for review.

Accordingly, this response to your Request for Administrative
Remedy is for informational purposes only.

If you are not satisfied with this response, you may appeal to
the Regional Director at Bureau of Prisons, South Central
Region, South Central Regional Office, 344 Marine Forces Drive,
Grand Prairie, Texas 75051.  Your appeal must be received in the
South Central Regional Office within 20 days of the date of this
response.

_____               _____
T. J. Watson, Complex Warden                   Date

FEDERAL CORRECTIONAL COMPLEX, BEAUMONT, TEXAS
PART B-RESPONSE TO REQUEST FOR ADMINISTRATIVE REMEDY #954704-F1


This is in response to your Request for Administrative Remedy received September 24, 2018, in which you allege staff misconduct.  Specifically, you state on May 20, 2018, staff sexually assaulted you during a visual search, while assigned at FCC Beaumont.  For relief, you request the staff member be reassigned.

Bureau of Prisons staff members are expected to demonstrate respect, integrity, and correctional excellence.  All allegations of staff misconduct are taken seriously and forwarded to appropriate staff for review.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this response, you may appeal to the Regional Director at Bureau of Prisons, South Central Region, South Central Regional Office, 344 Marine Forces Drive, Grand Prairie, Texas 75051.  Your appeal must be received in the South Central Regional Office within 20 days of the date of this response.


_____                          _____
T. J. Watson, Complex Warden                             Date

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 20, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : CHRISTOPHER ALEXANDER, 25906-177
      BEAUMONT USP    UNT: A/B    QTR: A03-323L
      P. O. BOX 26035
      BEAUMONT,  TX 77720


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 950599-R2       REGIONAL APPEAL
DATE RECEIVED  : NOVEMBER 9, 2018
SUBJECT 1      : PREA - SEXUAL ABUSE BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REJECT REASON 3: SEE REMARKS.

REMARKS        : ALL FOUR COPIES OF THE BP10 MUST BE LEGIBLE.

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Alexander Christopher    25906-177    A.B.    U.S.P. Beaumont
  LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL** " For settlement purposes only = F.R.E. 408 Communication "
I've filed a B.P. 8, and 3 B.P. 9's Concerning this matter and I have not received
A reply from anyone. I am now moving foward with my original complaint, on 5-17-18
Officer Purse made a verbal Sexual comment to me in which I just ignored. 3 days
later Purse took me to the back hallway of A.A. housing unit, stripped searched me,
grabbed my genitals with his hand and ordered me to bend over and cough several
times. During this time Purse Confiscated 2 Books of Stamps. Being that I reported
this incident the same day that it happened, Purse was not suppose to be anywhere
near my vicinity according to program statement 3420.11, it clearly states the officer
accused of Sexual misconduct should be removed from the victim/prisoner. 12 days after
the incident Purse worked the same unit that I am housed in.
I just recently received a response to the 2nd B.P. 9 on 10-29-18, the date of this
appeal.

10-29-18    _Z.h. Alva_____
DATE    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

NOV 09 2018

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____    _____
DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.
ORIGINAL: RETURN TO INMATE    CASE NUMBER: 950599-R2

**Part C—RECEIPT**
    CASE NUMBER: _____

Return to: _____
  LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____    _____    BP-230(13)
USP LVN    DATE    Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL    APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 27, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : CHRISTOPHER ALEXANDER, 25906-177
      BEAUMONT USP    UNT: A/B    QTR: A03-323L
      P. O. BOX 26035
      BEAUMONT,  TX 77720

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 950599-R1      REGIONAL APPEAL
DATE RECEIVED  : AUGUST 14, 2018
SUBJECT 1      : PREA - SEXUAL ABUSE BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,    REGIONAL OFFICE, OR   CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 3: YOU DID NOT SUBMIT YOUR REQUEST OR APPEAL ON THE PROPER
                 FORM (BP-9, BP-10, BP-11) (CIRCLE ONE)

REJECT REASON 4: SEE REMARKS.

REMARKS        : YOU MUST FIRST ATTEMPT AN ADMINISTRATIVE REMEDY AT
                 THE INSTITUTIONAL LEVEL.

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: <u>Alexander Christopher</u>    <u>25906-177</u>    <u>AB</u>    <u>USP Beaumont</u>
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A—REASON FOR APPEAL** On 5-20-18 I filed a B.P. 8. My complaint was sexual harrassment/assault on officer Purse. The B.P. 8 went unanswered. On 7-4-18 I proceeded with the B.P. 9, and the B.P. 9 went unanswered as well. I am now proceeding foward with my complaint, on 5-17-18 officer Purse made a verbal sexual comment towards me in which I ignored. 3 days later officer Purse took me to the back hall way of A.A. housing unit, stripped searched me, grabbed my genitals with his hand and told me to bend over and cough several times. He also confiscated 2 Books of stamps from me and did not give me a confiscation form. Being that I filed Sexual harrassment/assault on officer purse, 12 days later this same officer worked the unit that I am housed in. Program Statement 3420.11 clearly states that the officer accused is supposed to be removed from the Prisoner/victim.

<u>7-17-18</u>
    DATE

<u>Chris Alexander</u>
    SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

AUG 14 2018

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

RECEIVED

NOV 09 2018

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____
    DATE

_____
    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: <u>950599-R1</u>

**Part C—RECEIPT**

                            CASE NUMBER: _____

Return to: _____    _____    _____    _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____    _____    _____    _____
USP LVN        DATE        Previous editions not usable        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP–230(13)
APRIL 1982

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

CHRISTOPHER ALEXANDER

          Plaintiff                 *

          V.                     *

PURSE                          *  SUMMONS

PURSE         Correctional Officer  *  Civil Action No.

T.J. WATSON                  *

T.J. WATSON      Complex Warden     *

TO THE ABOVE - NAMED DEFENDANTS:

    You are hereby summoned and required to serve upon plaintiff, whose address is P.O. Box 26030 Beaumont, TX. 77720 an answer to the complaint which is herewith served upon you. within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S. Government or officer/agent thereof is a defendant. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk of Court

Date.

Christopher Alexander 25906-177
USP
P.O. BOX 26030
Beaumont, TX 77720



Clerk of Court
United States District Court
300 willow Street, Suite 104
Beaumont TX 77701-2217

Legal Mail